UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Magistrate No. 19-9299 |
| DWAYNE WASHINGTON | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 9452045 against defendant Dwayne Washington, which was filed on August 31, 2019 charging him with Simple Assault, for the reason that prosecution of defendant Dwayne Washington is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Dwayne Washington of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Craig Carpenito /MST_
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_/s/ Anthony R. Mautone_
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 2/19/20